```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 00240
    JAMES J CARRICK JR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6632


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 01/06/2007 and was confirmed 04/25/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 11/14/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED VEHIC    9019.70          220.23         2437.35
CHASE MANHATTAN MTG CORP  CURRENT MORTG   14160.10             .00        14160.10
CHASE MANHATTAN MTG CORP  MORTGAGE ARRE   24568.88             .00          133.00
CODILIS & ASSOCIATES      NOTICE ONLY    NOT FILED             .00              .00
COOK COUNTY TREASURER     SECURED              .00             .00              .00
COOK COUNTY STATES ATTOR  NOTICE ONLY    NOT FILED             .00              .00
COOK COUNTY STATES ATTOR  NOTICE ONLY    NOT FILED             .00              .00
COOK COUNTY STATES ATTOR  NOTICE ONLY    NOT FILED             .00              .00
COOK COUNTY STATES ATTOR  NOTICE ONLY    NOT FILED             .00              .00
COOK COUNTY STATES ATTOR  NOTICE ONLY    NOT FILED             .00              .00
BANK ONE NATL BKCY DEPT   UNSECURED      NOT FILED             .00              .00
CARDIOLOGY DIAGNOSTIC SE  UNSECURED      NOT FILED             .00              .00
DIRECTV                   UNSECURED      NOT FILED             .00              .00
FOCUS RECEIVABLES MGMT    NOTICE ONLY    NOT FILED             .00              .00
FARMERS INSURANCE EXCHAN  UNSECURED      NOT FILED             .00              .00
MARK AHERN DDS            UNSECURED      NOT FILED             .00              .00
NICOR GAS                 UNSECURED         857.50             .00              .00
PALOS COMMUNITY HOSPITAL  UNSECURED      NOT FILED             .00              .00
PALOS INTERNISTS SC       UNSECURED      NOT FILED             .00              .00
RADIOLOGICAL PHYSICIANS   UNSECURED      NOT FILED             .00              .00
ASSET ACCEPTANCE LLC      UNSECURED         600.10             .00              .00
ASSET ACCEPTANCE LLC      NOTICE ONLY    NOT FILED             .00              .00
COLLECTION COMPANY OF AM  NOTICE ONLY    NOT FILED             .00              .00
AT & T BANKRUPCTY         UNSECURED      NOT FILED             .00              .00
AMERITECH FACC ILLINOIS   NOTICE ONLY    NOT FILED             .00              .00
UNITED HEALTH CARE        UNSECURED      NOT FILED             .00              .00
UNITED HEALTH CARE        UNSECURED      NOT FILED             .00              .00
URBAN INSURANCE           UNSECURED      NOT FILED             .00              .00
VILLAGE OF ALSIP          UNSECURED      NOT FILED             .00              .00
TIMOTHY K LIOU            DEBTOR ATTY      2,709.40                        2,709.40
TOM VAUGHN                TRUSTEE                                          1,348.41
DEBTOR REFUND             REFUND                                           3,688.50

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00240 JAMES J CARRICK JR
```

```
       Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                   24,696.99

PRIORITY                                             .00
SECURED                                        16,730.45
    INTEREST                                      220.23
UNSECURED                                            .00
ADMINISTRATIVE                                  2,709.40
TRUSTEE COMPENSATION                            1,348.41
DEBTOR REFUND                                   3,688.50
                          ---------------      ---------------
TOTALS                    24,696.99            24,696.99
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 02/27/08                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE